**John A. FRILANDO, a/k/a John Frilando, a/k/a John Anthony Frilando, Plaintiff–Appellant,**

v.

**Director Timothy JOHNSON, Acting Warden; Associate Warden Lankford; Unit Manager R. Keys; Counselor T. Naylor; Sis Lieutenant J. Stivers; Lieutenant Goodyear; Lieutenant F. Hill; Lieutenant Hankerson; Captain E. Rayburn; Fredrick Grainger, Correction Officer; Counselor Thrasher; Sis Lieutenant J. Patterson, Defendants–Appellees.**

No. 14–7492.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 3, 2015.

John Anthony Frilando, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John A. Frilando appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Frilando v. Johnson*, No. 4:13–cv–02931–DCN, 2014 WL 4823847 (D.S.C. Sept. 26, 2014). We deny Frilando's motions for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*